SANDERS, J., is of the opinion that a writ should be granted. He expresses no opinion at this time as to the result to be reached.

202 So.2d 657

**Lucia B. BANTA et al.**

v.

**The FEDERAL LAND BANK OF NEW ORLEANS et al.**

No. 48854.

Oct. 6, 1967.

The application is denied. The judgment complained of is correct.